UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**HASSAN REID**,

        Plaintiff,

        v.

**MATHEW FINN**, *et. al.*,

        Defendants.

Civil Action No. 20-7425 (ZNQ) (RLS)

**ORDER**

**QURAISHI, District Judge**

      **THIS MATTER** comes before the Court upon Motions for Summary Judgment filed by Defendant Mathew Finn ("Finn") (ECF No. 130), Defendant Jeffrey Boley ("Boley") (ECF No. 131), Defendant Daniel Marcinko ("Marcinko") (ECF No. 132), and Defendant Eugene Marra ("Marra", with Finn, Boley, and Marcinko, "Defendants") (ECF No. 133). For the reasons set forth in the accompanying Opinion,

      **IT IS** on this **31st** day of **October 2025**,

      **ORDERED** that Defendants' Motions (ECF Nos. 130, 131, 132, 133) are hereby **DENIED**; and it is further

      **ORDERED** that by November 14, 2025, the parties are to meet and confer and file a proposed a briefing schedule to address the issue of spoliation raised in Plaintiff Hassan Reid's Opposition (ECF No. 134).

                                          s/ Zahid N. Quraishi
                                          **ZAHID N. QURAISHI**
                                          **UNITED STATES DISTRICT JUDGE**